**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

**CR 19 - 54**

★ JAN 31 2019 ★

BROOKLYN OFFICE

GARAUFIS, J.

KUO, M.J.

MKM:TH/MKP/PJ**B**
F. #2017R00390

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DARIN HAMILTON,
    also known as "Satch," and
JEROME JONES,
    also known as "Sha,"

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>I N D I C T M E N T</u>

Cr. No. _____
(T. 21, U.S.C., §§ 846, 848(e)(1)(A),
  853(a) and 853(p); T. 18, U.S.C., §§ 2
  and 3551 <u>et seq</u>.)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Murder of Anthony Lloyd While Engaged in Narcotics Trafficking)

      1.     On or about June 24, 1992, within the Eastern District of New York, the defendant DARIN HAMILTON, also known as "Satch," together with others, while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21, United States Code, to wit: a conspiracy to distribute one kilogram or more of a substance containing heroin, a Schedule I controlled substance, and 280 grams or more of a substance containing cocaine base, a Schedule II controlled substance, did knowingly and intentionally kill and counsel, command, induce and cause the intentional killing of an individual, to wit: Anthony Lloyd, and such killing did result.

      (Title 21, United States Code, Section 848(e)(1)(A); Title 18, United States Code, Sections 2 and 3551 <u>et seq</u>.)

## COUNT TWO
(Conspiracy to Murder Robert Arroyo While Engaged in Narcotics Trafficking)

2.      In or about and between July 1992 and September 1992, within the

Eastern District of New York, the defendants DARIN HAMILTON, also known as "Satch,"

and JEROME JONES, also known as "Sha," together with others, while engaged in an

offense punishable under Section 841(b)(1)(A) of Title 21, United States Code, to wit: a

conspiracy to distribute one kilogram or more of a substance containing heroin, a Schedule I

controlled substance, and 280 grams or more of a substance containing cocaine base, a

Schedule II controlled substance, did knowingly and intentionally conspire to kill and

counsel, command, induce and cause the intentional killing of an individual, to wit: Robert

Arroyo, and such killing did result, contrary to Title 21, United States Code, Section

848(e)(1)(A).

(Title 21, United States Code, Section 846; Title 18, United States Code,

Sections 3551 et seq.)

## COUNT THREE
(Murder of Robert Arroyo While Engaged in Narcotics Trafficking)

3.      On or about September 8, 1992, within the Eastern District of New

York, the defendants DARIN HAMILTON, also known as "Satch," and JEROME JONES,

also known as "Sha," together with others, while engaged in an offense punishable under

Section 841(b)(1)(A) of Title 21, United States Code, to wit: a conspiracy to distribute one

kilogram or more of a substance containing heroin, a Schedule I controlled substance, and

280 grams or more of a substance containing cocaine base, a Schedule II controlled

substance, did knowingly and intentionally kill and counsel, command, induce and cause the intentional killing of an individual, to wit: Robert Arroyo, and such killing did result.

(Title 21, United States Code, Section 848(e)(1)(A); Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

4.    The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged in Counts One through Three, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offenses to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offenses, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

        (a)    cannot be located upon the exercise of due diligence;

        (b)    has been transferred or sold to, or deposited with, a third party;

        (c)    has been placed beyond the jurisdiction of the court;

        (d)    has been substantially diminished in value; or

        (e)    has been commingled with other property which cannot be

divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendants up to the value of the forfeitable

property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))


A TRUE BILL


_____
FOREPERSON


_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK


BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. O.136

F. # 2017R00390
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

### THE UNITED STATES OF AMERICA

*vs.*

*DARIN HAMILTON, also known as "Satch," and*
*JEROME JONES, also known as "Sha,"*

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 846, 848(e)(1)(A), 853(a) and 853(p); T. 18, U.S.C.,
§§ 2 and 3551 et seq.)

*A true bill.*

_____ ~~~~~~~~~~~~~~~~~~~~~~~~
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____

***Tanya Hajjar, Moira K. Penza, and Penelope Brady***
***Assistant U.S. Attorneys, 718-254-7000***